(No. 790—Claimant awarded $2,000.00.)

The Van Dorn Iron Works Company, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed May 1, 1925.*

Franchise tax—*when refund may be awarded.* Although there may be no legal liability against the State to refund the amount of a franchise tax paid in excess of the amount due the State, yet as a matter of social justice and equity an award may be made in favor of claimant for the excess tax paid.

Dustin, McKeehan, Merrick, Arter & Stewart, for claimant.

Oscar E. Carlstrom, Attorney General; Edward C. Fitch, Assistant Attorney General, for respondent.

Mr. Justice Leech delivered the opinion of the court:

This is a claim for the refund of certain portions of franchise taxes paid to the Secretary of State of the State of Illi-

nois by above named claimant, total amount paid in excess of amount due being $2000.00.

The demurrer filed by the Attorney General of the State of Illinois is, as a matter of law, sustained.

On the grounds of social justice and equity, we award claimant the sum of $2,000.00.